UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 16-24820

Claudia M Salazar
Debtor
_______________________________/

OBJECTION TO MOTION TO MODIFY
(Failure to provide required information)

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Objection to the Motion to Modify for failure to provide required information and states as follows:

1) The Plan requires the Debtor to provide her tax returns. The Trustee has not received the 2016 tax returns.

WHEREFORE, the Trustee requests that the Motion to Modify be denied unless the deficiency is cured.

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/___________________
Amy Carrington, Esq.
FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Objection to Motion to Modify was served through NEF on debtor's attorney

NANCY K NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE